IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PENNINGTON SEED, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| v. | ) Case No. 1:09-cv-0903-BBM |
| | ) |
| THE SCOTTS COMPANY LLC and | ) |
| THE SCOTTS MIRACLE-GRO | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT THE SCOTTS COMPANY, LLC'S REQUEST FOR EVIDENTIARY HEARING, AND MEMORANDUM IN SUPPORT, ON ITS MOTION FOR PRELIMINARY INJUNCTION

COMES NOW Defendant The Scotts Company, LLC, pursuant to L.R. 7.1(E), and requests that the Court conduct an evidentiary hearing on its Motion for Preliminary Injunction, which motion was served on Plaintiff and filed with this Court on Monday, April 13, 2009.

Pursuant to L.R. 7.1(B) and L.R. 6.1(A), Plaintiff's response is due on Thursday, April 30, 2009.

For the reasons advanced in its Brief in Support of its Motion for Preliminary Injunction, Movant is suffering and will continue to suffer irreparable harm. Movant therefore requests that the Court conduct its evidentiary hearing on The Scotts Company, LLC's Motion for Preliminary Injunction on a date

convenient to the Court as soon after April 30, 2009, as possible.

Respectfully submitted, this 17th day of April, 2009.

*/s/ William B. Hill, Jr.*

**ASHE, RAFUSE & HILL LLP**
1355 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309-3232
(404) 253-6000
Facsimile: (404) 253-6060

William B. Hill, Jr., Esq.
Georgia Bar No. 354725
williamhill@asherafuse.com
Matthew S. Knoop, Esq.
Georgia Bar No. 140870
mattknoop@asherafuse.com

Christopher Cole, *Pro Hac* pending
MANATT, PHELPS & PHILLIPS, LLP
700 12th Street, NW
Washington, D.C. 20005
Telephone: (202) 585-6524
Facsimile: (202) 637-1535

Susan E. Hollander, *Pro Hac* pending
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Barry William Lee, *Pro Hac* pending
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

*Attorneys for Defendants and
Counterclaimants The Scotts Company
LLC and The Scotts Miracle-Gro
Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PENNINGTON SEED, INC., | ) Civil Action |
| | ) Case No. 1:09-cv-0903-BBM |
| Plaintiff, | ) |
| v. | ) |
| THE SCOTTS COMPANY LLC and THE SCOTTS MIRACLE-GRO COMPANY, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of April, 2009 electronically filed this **DEFENDANT THE SCOTTS COMPANY, LLC'S REQUEST FOR EVIDENTIARY HEARING, AND MEMORANDUM IN SUPPORT, ON ITS MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following attorneys of record:

Kimball Richard Anderson
Ronald Y. Rothstein
Stephen P. Durchslag
WINSTON & STRAWN
35 West Wacker Drive
Chicago, IL 60601

William H. Jordan
ALSTON & BIRD
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309

/s/ William B. Hill, Jr.
Counsel for Defendants and Counterclaimants